UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTWONE DORNELL GOOLSBY,

    Plaintiff,

    v.

JENKINS,

    Defendant.

Case No. 15-cv-02477-JD

**ORDER TO FILE A RESPONSE**

Plaintiff, a state prisoner, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that Correctional Officer Jenkins initiated inappropriate contact with him. Plaintiff does not describe in what prison the events giving rise to this case occurred. Plaintiff is currently incarcerated in Mule Creek State Prison which lies in the Eastern District of California. **Within 7 days**, plaintiff must identify where the events of this action occurred.

    **IT IS SO ORDERED.**

Dated: July 29, 2015

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTWONE DORNELL GOOLSBY,

    Plaintiff,

  v.

JENKINS,

    Defendant.

Case No. 15-cv-02477-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antwone Dornell Goolsby
AP7547
4001 Highway 104
Ione, CA 95640

Dated: July 29, 2015

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2