UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTWONE DORNELL GOOLSBY,

    Plaintiff,

    v.

JENKINS,

    Defendant.

Case No. 15-cv-02477-JD

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The Court ordered plaintiff to file a response indicating where the incident in the case occurred. Plaintiff indicates that it occurred at Mule Creek State Prison. Mule Creek State Prison is located in within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's pending motions.

**IT IS SO ORDERED.**

Dated: September 3, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTWONE DORNELL GOOLSBY,

    Plaintiff,

  v.

JENKINS,

    Defendant.

Case No. 15-cv-02477-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antwone Dornell Goolsby
AP7547
4001 Highway 104
Ione, CA 95640

Dated: September 3, 2015

    Susan Y. Soong
    Clerk, United States District Court

    By: *Lisa R. Clark*
    LISA R. CLARK, Deputy Clerk to the
    Honorable JAMES DONATO